IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ALBERTO NAVARRO,

    Petitioner,               No. CIV S-09-0202 GEB EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.         ORDER

       /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. However, petitioner has commenced this action in the wrong district.

    Petitioner was convicted in the Los Angeles County Superior Court, but is confined in Delano, California. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

////

////

1

1     Therefore, the court takes no action on petitioner's application to proceed *in forma*
2 *pauperis,* and transfers this action to the United States District Court for the Central District of
3 California, Western Division.  28 U.S.C. §§ 84(c)(2); 1404(a).

4     Accordingly, it is ORDERED that this action is transferred to the United States District
5 Court for the Central District of California, Western Division.

6 DATED: May 12, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE